JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRIS LANGER, | ) | Case No. CV 17-5478 FMO (Ex) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| YOUNG S. LEE, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Re: Application for Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS HEREBY ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiff Chris Langer against defendant Young S. Lee in the amount of $9,222.50 for statutory damages, costs and attorney's fees. The total amount is allocated as follows:

    A. Statutory damages in the amount of $4,000.00.

    B. Attorney's fees in the amount of $4,802.50.

    C. Costs in the amount of $420.00.

2. Defendant Young S. Lee is ordered to provide a parking space in compliance with the Americans with Disabilities Act Accessibility Guidelines at the location commonly known as Star's Burgers located at or about 14752 W. Badillo Street, Baldwin Park, California.

3. Plaintiff shall serve defendant with a copy of this Judgment in such a manner as

to make it operative in any future proceedings.

4. Plaintiff's claims against Does 1-10 are dismissed without prejudice.

Dated this 27th day of December, 2017.

/s/
Fernando M. Olguin
United States District Judge